**Order entered March 19, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00193-CV

### IN RE JOHN CLOUD, Relator

### On Appeal from the 195th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F93-61604

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus. We **ORDER** that relator bear the costs of this original proceeding.

.

/Jim Moseley/

_____
JIM MOSELEY
JUSTICE